Douglas B. STALLEY, on behalf of the UNITED STATES of America, Appellant,

v.

REGENCY HOSPITAL COMPANY, a Delaware Corporation; Regency Hospital Company, LLC, a Delaware Limited Liability Company; Regency Hospitals, LLC, a Delaware Limited Liability Company, Appellees.

No. 07–2578.

United States Court of Appeals, Eighth Circuit.

Submitted: May 16, 2008.

Filed: May 23, 2008.

Susan N. Estes, Brian David Reddick, Wilkes & McHugh, Little Rock, AR, Kathleen Clark Knight, Wilkes & McHugh, Tampa, FL, for Appellant.

Donald H. Henry, Mitchell & Williams, Little Rock, AR, for Appellees.

Before WOLLMAN, BRIGHT, and JOHN R. GIBSON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Douglas Stalley appeals the district court's[1] dismissal of his action to recover damages allegedly owed to the United States for violations of the Medicare Secondary Payer statute, 42 U.S.C. § 1395y (MSP). This court addressed a similar

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

appeal brought by Stalley in *Stalley v. Catholic Health Initiatives*, 509 F.3d 517, 519 (8th Cir.2007), and concluded that the suit authorized by the MSP was a "private cause of action, which requires plaintiff to have standing in his own right, rather than a *qui tam* statute, which allows plaintiff to assert injury to the United States." The court's dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.